IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02773-AP

BRETT MYERS,

       Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant,

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

**For Plaintiff**:  
MICHAEL W. SECKAR  
402 W. 12th Street  
Pueblo, CO 81003  
719-543-8636  
seckarlaw@mindspring.com

**For Defendant:**  
DAVID GAOUETTE  
Acting United States Attorney  

KEVIN T. TRASKOS  
Assistant United States Attorney  
1225 Seventeenth Street, Ste 700  
Denver, CO 80202  
(303) 454-0100  
(303) 454-0408 (facsimile)  
kevin.traskos@usdoj.gov

       By:    s/Allan Berger  
                  Special Assistant United States Attorney  
                  Social Security Administration  
                  1961 Stout Street, Suite 1001A  
                  Denver, CO 80294  
                  (303) 844-0017 / (303) 844-0770 (facsimile)  
                  allan.berger@ssa.gov

1. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

2. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:**                                        **12-22-08**
    B.  **Date Complaint Was Served on U.S. Attorney's Office:**   **02-10-09**
    C.  **Date Answer and Administrative Record Were Filed:**     **03-30-09**

3. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

4. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Neither party intends to submit additional evidence.

5. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

6. **OTHER MATTERS**

    The parties have no other matters to bring to the attention of the court.

7. **BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan.  Counsel for both parties agrees to the following proposed briefing schedule:

| | | |
|---|---|---|
| A. | **Plaintiff's Opening Brief Due:** | 5-27-09 |
| B. | **Defendant's Response Brief Due:** | 6-29-09 |
| C. | **Plaintiff's Reply Brief (If Any) Due:** | 7-14-09 |

8. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:**
      Plaintiff does not request oral argument.

   B. **Defendant's Statement:**
      Defendant does not request oral argument.

      9. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   Indicate below the parties' consent choice.

   A. **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B. **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

10. **OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED:  April 17, 2009

                                    BY THE COURT:


                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

s/ Michael W. Seckar
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO  81003
718   542   8636
**seckarlaw@mindspring.com**
Attorney for Plaintiff

DAVID GAOUETTE
Acting United States Attorney


KEVIN TRASKOS
Deputy Chief, Civil Division
Unities States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
Telephone: (303) 454-0184
Facsimile: (303) 454-0400
**Kevin.Traskos@usdoj.gov**


By:   s/Allan Berger
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
(303) 844-0017
(303) 844-0770 (facsimile)
allan.berger@ssa.gov